Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                  Case No.:  17−26356−JKS
                  Chapter:  13
                  Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elizabeth Asoro
   169 Osborne Terrace
   Newark, NJ 07101

Social Security No.:
   xxx−xx−6716

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on February 9, 2018.

    On 2/23/18 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                 March 22, 2018
Time:                09:00 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 2, 2018
JAN: wdh

                                                                                 Jeanne Naughton
                                                                                  Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                        Case No. 17-26356-JKS
Elizabeth Asoro                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Mar 02, 2018
                              Form ID: 185             Total Noticed: 5

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2018.
db             +Elizabeth Asoro,    169 Osborne Terrace,    Newark, NJ 07112-1613
517255584      +Christiana Trust, a division of Wilmington,    Fay Servicing, LLC,
                 3000 Kellway Drive, Suite 150,    Carrollton, TX 75006-3357
516998647      +Powers Kirn,    728 Marne Highway, Suite 200,    Moorestown, NJ 08057-3128
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 02 2018 23:34:16      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 02 2018 23:34:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ   07102-5235
                                                                                               TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516998648       Wilmington Savings Fund Society,    Trustee of ARLP Trust 3
                                                                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Christiana Trust, a Division of Wilmington Savings
           Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3
            dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Leressa Crockett    on behalf of Debtor Elizabeth Asoro Crockettlegal@gmail.com,
           gconley103@gmail.com;crockettlr70262@notify.bestcase.com
          Marie-Ann Greenberg     magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Christiana Trust, a Division of Wilmington Savings
           Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3
            rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```